UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BONNIE R. WOODMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-CV-00323-JE<br><br><br>ORDER FOR STIPULATED<br>MOTION TO DISMISS PLAINTIFF'S<br>COMPLAINT WITHOUT PREJUDICE |

Based on the stipulation of the parties, it is ORDERED that Plaintiff's Complaint be

Dismissed Without Prejudice.

IT IS SO ORDERED this 10th day of May 2013.


     /s/ John Jelderks
     UNITED STATES MAGISTRATE JUDGE


Submitted by:

S. AMANDA MARSHALL, OSB #095347
United States Attorney

ADRIAN L. BROWN, OSB #050206
Assistant United States Attorney

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3621